DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

SIR JERROD JA'CARRIO JERRY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2022-3000

_____

April 19, 2024

Appeal from the Circuit Court in Pinellas County; Philip J. Federico, Judge.

Howard L. Dimmig, II, Public Defender, and Maura J. Kiefer, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Jonathan P. Hurley, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, BLACK, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior publication.